No. 85–5927.  DENNIS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 85–5932.  BAGLEY v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 85–5934.  SULLIVAN v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 85–5937.  DEPREE v. SOCIAL SECURITY ADMINISTRATION ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 85–5943.  KIRK v. TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 85–5944.  EVANS v. DISTRICT OF COLUMBIA.  Ct. App. D. C.  Certiorari denied.

No. 85–5948.  BRYANT v. WARDEN, METROPOLITAN CORRECTIONAL CENTER OF NEW YORK CITY, ET AL.  C. A. 2d Cir. Certiorari denied.

No. 85–5950.  TRIPATI v. BROWN.  C. A. 8th Cir.  Certiorari denied.

No. 85–5952.  GISRIEL v. BOARD OF APPEALS, MARYLAND DEPARTMENT OF EMPLOYMENT AND TRAINING.  Ct. Sp. App. Md. Certiorari denied.

No. 85–5953.  BURTON v. SARGENT, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 85–5954.  CARR v. WOODS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 85–5955.  ESSIX v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 85–5958.  PARRIS v. HOLLOHAN, WARDEN, ET AL.  Sup. Ct. Ariz.  Certiorari denied.

No. 85–5960.  WILLIAMS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 85–5962.  MILLER v. CAMPOY, WARDEN.  C. A. 9th Cir. Certiorari denied.